**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
: CR. No. 04-122T
v. :
:
JOE MARTINEZ, : [Related Case: CR No.05-028T]

**GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT**

Now comes the United States and, pursuant to Fed. R. Crim. P. 48(a), moves to dismiss the indictment. In accordance with the plea agreement between the defendant and the government, now that the defendant has been sentenced pursuant to his guilty plea to Information CR No. 05-028T, it is in the interests of justice to dismiss the Indictment.

Specifically, the above Indictment involved the deposit of a fraudulently obtained $40,000 tax refund check. The offense conduct charged in the Indictment has been included in Information CR No. 05-028T, as the attached schedule of fraudulent deposits, attached as Exhibit 1, makes clear. Thus, the dismissal of the Indictment should have no effect on the defendant's total guideline calculations.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Terrence P. Donnelly
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2005, I served a copy of the within Government's Motion to Dismiss, via facsimile to:

Joseph J. Voccola, Esq.
FAX: 401-751-8983