**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. No. 04-122T |
| v. | : | |
| | : | |
| JOE MARTINEZ | : | [Related Case: CR No.05-028T] |

ORDER

Upon motion of the Government, it is hereby

ORDERED

that Indictment CR No. 04-122T against JOE MARTINEZ is dismissed.

Per Order:

Lucia Cristina Leyon
Deputy Clerk

ENTER:

Ernest C Torres
ERNEST C. TORRES, CHIEF JUDGE
United States District Court

DATE: 8/16/05